IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 2:24-cr-00410-JDW** |
| **v.** : | |
| : | |
| **DAMION COOPER** : | |

## ORDER

**AND NOW**, this 25th day of February, 2025, upon consideration of Defendant Damion Cooper's Motion To Dismiss Indictment (ECF No. 15), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Joshua D. Wolson, J.